## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-_____

THE BUSSEY LAW FIRM, P.C., a Colorado professional corporation,

      Plaintiff,

v.

JOHN DOE, whose true name is unknown,

      Defendant.

---

## VERIFIED COMPLAINT AND JURY DEMAND

---

Plaintiff, The Bussey Law Firm, P.C. ("Bussey"), by and through its undersigned counsel, for its Complaint against Defendant John Doe ("Defendant"), hereby alleges as follows:

### NATURE OF THE ACTION

1.    This is an action for violation of the Lanham Act and the Colorado Consumer Protection Act, and for trade libel/commercial disparagement arising out of Defendant's unauthorized disparagement of Bussey, through postings on a Google Reviews website located at http://www.google.com. The Defendant, known only by the internet name Jason, has posted or caused to be posted false and defamatory comments concerning Bussey on the Google Reviews website. Bussey has requested that Google remove the review. Google refused to remove the review and will not provide identifying information about the reviewer. This lawsuit became necessary to obtain the requested information from Google. Bussey, by separate motion filed contemporaneously herewith, is seeking the Court's authorization to conduct limited discovery for the purpose of obtaining the identifying information for the Defendant.

## PARTIES

2.      Bussey is a Colorado professional corporation with its registered address at 12 East Boulder Street, Colorado Springs, Colorado 80903.

3.      At this time, Bussey does not know the identity or citizenship information for Defendant.  If the Court permits the initial discovery being requested by Bussey to ascertain the name, address and other identifying information for the Defendant, Bussey will amend this Complaint to include the actual name of the Defendant.

## JURISDICTION AND VENUE

4.      This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a).

5.      This Court has supplemental jurisdiction over Bussey's claims arising under the laws of Colorado and the common law pursuant to 28 U.S.C. § 1367(a) because these claims are so related to the federal claims in this action that they form a part of the same case or controversy.

6.      Venue is proper in this district pursuant to at least 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to these claims occurred in this district. Among other things, upon information and belief, the Internet Protocol ("IP") address from which Defendant's postings on Google Reviews originated is in Colorado.

## FACTUAL BACKGROUND

7.      Bussey is a Colorado Springs based law firm primarily specializing in criminal defense cases.

2

8.      The Internet website Google Reviews contains reviews of businesses submitted by users.  The review in question in this matter is located at  the web address: http://maps.google.com/maps/place?rls=com.microsoft:en-us:IE-SearchBox&oe=UTF-8&rlz=1I7ADFA_enUS446&um=1&ie=UTF-&q=bussey+law+firm+colorado+springs&fb=1&gl=us&hq=bussey+law+firm&hnear=0x8713412ea1e6d22b:0x418eeb92f5e86b13,Colorado+Springs,+CO&cid=44649862331632706&ei=_99HT4_SDc_ptgfisf2QDg&sa=X&oi=local_result&ct=placepage-link&resnum=1&ved=0CGkQ4gkwAA.

9.      Upon information and belief, anyone with Internet access can write and make changes to Google Reviews.  An Internet user can post a review as an anonymous author, under a pseudonym, or by using their real identity.

10.     On January 27, 2012 an Internet user using the pseudonym, Jason, posted a false and disparaging comments.

11.     Once a comment has been posted, another user cannot edit the comment. Accordingly, Bussey cannot remove the review or edit the review.

12.     Upon information and belief, Bussey does not have a client named Jason who was dissatisfied with his representation.

13.     Upon information and belief, Defendant is not a former Bussey client, but instead is a competitor who is intentionally disparaging Bussey on the Internet to gain business advantage.

14.     A significant portion of Bussey's clients and potential clients are Internet users, and many of them use the Internet in connection with a search for legal services.  Those clients would be exposed to the defamatory statement, especially if they are searching the Google

3

Reviews site directly or conducting a search for information on Bussey through the Google search engine. As a result, Defendant's publication of the defamatory statements on Google Reviews is causing, and will continue to cause, damage to Bussey's brand and potential to obtain new clients.

**FIRST CLAIM FOR RELIEF**
**(Violation of the Lanham Act – 15 U.S.C. § 1125(a))**

15.     Bussey hereby incorporates by reference and realleges each and every allegation contained in the preceding paragraphs, as if fully set forth herein.

16.     Defendant's activities constitute false descriptions and representations concerning the nature, characteristic and quality of Bussey's goods, services and commercial activities in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

17.     As a proximate result of Defendant's actions, Bussey has suffered and will continue to suffer damage and loss, in an amount to be determined at the time of trial. Defendant's actions have caused and will continue to cause irreparable harm to Bussey for which there is no adequate remedy at law.

18.     The foregoing acts of infringement have been knowing, deliberate, willful and wanton and in utter disregard of Bussey's rights, making this an exceptional case within the meaning of 15 U.S.C. § 1117.

**SECOND CLAIM FOR RELIEF**
**(Common Law Trade Libel/Commercial Disparagement)**

19.     Bussey hereby incorporates by reference and realleges each and every allegation contained in the preceding paragraphs, as if fully set forth herein.

4

20.     Defendant published or caused to be published false statements that are harmful to Bussey's interests, with the intent that the publication of the statement would cause harm to its interests.

21.     At the time of such publication, Defendant knew that the statements were false or acted in reckless disregard of the truth or falsity of such statements.

22.     As a proximate result of Defendant's actions, Bussey has suffered and will continue to suffer damage and loss, in an amount to be determined at the time of trial. Defendant's actions have caused and will continue to cause irreparable harm to Bussey for which there is no adequate remedy at law.

**THIRD CLAIM FOR RELIEF**
**(Violation of Colorado Consumer Protection Act – C.R.S. § 6-1-101 *et seq.*)**

23.     Bussey hereby incorporates by reference and realleges each and every allegation contained in the preceding paragraphs, as if fully set forth herein.

24.     Upon information and belief, in the course of their business, Defendant has made false representations as to the characteristic of Bussey's goods and commercial activities and as to the affiliation or connection of a person therewith and disparaged the goods and business of Bussey by a false and misleading representations of fact.

25.     Upon information and belief, Defendant engaged in this activity knowingly, willfully and deliberately.

26.     As a proximate result of Defendant's actions, Bussey has suffered and will continue to suffer damage and loss, in an amount to be determined at the time of trial. Defendant's actions have caused and will continue to cause irreparable harm to Bussey for which there is no adequate remedy at law.

5

27.     Bussey is entitled to treble damages, attorneys' fees and costs, all in amounts to be determined at trial, pursuant to C.R.S. § 6-1-113.

### JURY DEMAND

Bussey demands a trial by jury on all issues so triable.

### PRAYER FOR RELIEF

WHEREFORE, Bussey prays for judgment and relief against Defendant, as follows:

A.      Issuance of an Order granting Bussey's Motion for Expedited Order Authorizing Discovery filed pursuant to Fed.R.Civ.P. 26(d) to allow Bussey to ascertain the identity of Defendant John Doe;

B.      For temporary, preliminary and permanent injunctive relief enjoining Defendant and his officers, agents, heirs, servants, employees, successors, and assigns, and those persons in active concert, participation or privity with them, or any of them:

(1)     From disparaging Bussey or its services in any manner, either in writing (including on the Internet), orally, or otherwise; and

(2)     From using any false designation, false description or false representation, and from making any false representations or from engaging in any act or acts which, either alone or in combination, constitute deceptive or unfair competition by Defendant with Bussey.

C.      That judgment be entered against Defendant for:

(1)     All damages sustained by Bussey on account of, *inter alia*, Defendant's trade libel/commercial disparagement and violation of the Lanham Act and the Colorado Consumer Protection Act;

6

(3)     Actual compensatory damages in an amount not presently known, but to

be computed during the pendency of this action; and

(4)     Treble, exemplary and punitive damages under state law and federal law.

D.      That Bussey be awarded costs, attorneys' fees, and pre-judgment and post-

judgment interest; and

E.      That Bussey be awarded other and further relief at the Court see fit.

Dated this 9th day of March, 2012.


 s/Craig Schuenemann.
Craig Schuenemann
Bryan Cave HRO
1700 Lincoln Street
Denver, Colorado 80203-4541
Phone: 303.866.0678
craig.schuenemann@bryancave.com

ATTORNEYS FOR THE BUSSEY LAW FIRM,
P.C.


Plaintiff's Address:
12 East Boulder Street
Colorado Springs, CO 80903.

#1582572 v1 den

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-_____

THE BUSSEY LAW FIRM, P.C., a Colorado professional corporation,

        Plaintiff,

v.

JOHN DOE, whose true name is unknown,

        Defendant.

---

## <u>VERIFICATION</u>

    I, Timothy Bussey, depose and state that I am the ___Timothy Bussey___ of Plaintiff, The Bussey Law Firm, P.C., I am authorized to execute this Verification on behalf of Plaintiff in the above-captioned action, and the facts in the foregoing Verified Complaint and Jury Demand are based on my personal knowledge or on information available to me, and the facts are true and correct to the best of my knowledge, information and belief.

    Dated this _1st_ day of March, 2012.

                            Timothy Bussey

STATE OF COLORADO        )
                           ) ss.
COUNTY OF El Paso       )

    Subscribed and sworn to before me by Timothy Bussey on this _1_ day of March, 2012.

    Witness my hand and official seal.

My commission expires: _02/10/15_     _Jennifer Steinke_
                                   Notary Public
                     Address: _12 E. Boulder St._
                                _Colorado Springs, CO 80903_

JENNIFER STEINKE
NOTARY
PUBLIC
#1582... STATE OF COLORADO