IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00614

THE BUSSEY LAW FIRM, P.C., a Colorado professional corporation,

    Plaintiff,

v.

JOHN DOE, whose true name is unknown,

    Defendant.

## RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff The Bussey Law Firm, P.C. ("Bussey") responds to the Court's Order to Show Cause as follows:

1. This action was brought to remedy a false and defamatory online review posted by a Google account holder named Jason, who was sued under the name John Doe. *See* Compl. at ¶ 1 (Doc. No. 1).

2. In order to identify and locate this individual, Bussey first needed to serve a subpoena on Google, Inc. in Mountain View, California for documents sufficient to identify him. California counsel was engaged and a subpoena was prepared and served on Google on March 26, 2012.

3. Google initially advised, by letter dated April 3, 2012, that its policy was to forward the subpoena to its user, informing the user that it had received the subpoena and if the user did not object or bring a motion to quash, Google would respond 20 days from the date of

the notification to the user. In this letter, Google also registered certain objections of its own to the subpoena.

4. Google further responded to the subpoena by letter dated April 27; received May 1. With that letter certain internet protocol addresses were produced. Other documents responsive to the subpoena were not produced.

5. Bussey and Google then met and conferred regarding Google's response and for explanation of the materials that had been produced. This process included some lengthy delays on Google's part and was concluded near the end of June, 2012.

6. Since the end of June, Bussey has been engaged in attempting to track down the Google user identified by the internet protocol logs provided by Google. This has been a lengthy process, especially as the logs indicated that the user was located in the United Kingdom.

7. Bussey has also been involved in discussions with Google in the hope that Google would remove the offending review voluntarily, given that the user was never a Bussey client, has no other connection with Bussey, and is located on the other side of the Atlantic Ocean.

8. In the course of attempting to identify the user, Bussey has developed information suggesting that the user may have been involved in providing reviews and references for pay. In light of this, Bussey has engaged a firm to document the user's online presence prior to contacting the user, for fear that the individual would attempt delete relevant evidence if he were contacted.

9. Bussey is also preparing a final demand letter to Google for removal of the review. If Google refuses, or insists that a court order is required, Bussey may add Google as a defendant in this action.

10. In light of the above, Bussey requests an additional 90 days within which to amend the complaint to name Google as a party or to substitute the real name of John Doe and serve the complaint on him.

WHEREFORE Bussey respectfully requests entry of an order discharging the Court's September 27, 2012 Order to Show Cause and granting it 90 days to serve or amend its complaint.

Respectfully submitted this 10th day of October, 2012.

                                   *s/Craig Schuenemann*
                                   Craig Schuenemann
                                   BRYAN CAVE HRO
                                   1700 Lincoln Street, Suite 4100
                                   Denver, Colorado 80203-4541
                                   Phone: 303.866.0678
                                   craig.schuenemann@bryancave.com
                                   ATTORNEYS FOR THE BUSSEY LAW FIRM, P.C.

HRODEN\1630129.1