# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00614

THE BUSSEY LAW FIRM, P.C., a Colorado professional corporation,

    Plaintiff,

v.

JOHN DOE, whose true name is unknown,

    Defendant.

---

## ORDER DISCHARGING ORDER TO SHOW CAUSE

---

THIS MATTER is before the Court on the Court's Order to Show Cause issued on September 27, 2012.  On October 10, 2012 the Bussey Law Firm, P.C. filed a Response to Order to Show Cause.  The Court, having considered that Response and being fully advised in the premises, hereby Discharges the Order to Show Cause.  Bussey is granted an additional 90 days to pursue the identity of the Defendant and complete service of process.

Done this 16th day of October, 2012.

_____
R. Brooke Jackson
District Judge