**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00614

THE BUSSEY LAW FIRM, P.C., a Colorado professional corporation,

  Plaintiff,

v.

JOHN DOE, whose true name is unknown,

  Defendant.

## STATUS REPORT

  Plaintiff The Bussey Law Firm, P.C. ("Bussey") responds to the Court's May 24, 2013 Minute Order as follows:

**I. Nature of the Dispute**

  1. This action was brought to remedy a false and defamatory online review posted by a Google account holder named Jason, who was sued under the name John Doe. *See* Compl. at ¶ 1 (Doc. No. 1).

  2. In order to identify and locate this individual, Bussey first needed to serve a subpoena on Google, Inc. in Mountain View, California, for documents sufficient to identify him. California counsel was engaged and a subpoena was prepared and served on Google on March 26, 2012.

  3. Google initially advised, by letter dated April 3, 2012, that its policy was to forward the subpoena to its user, informing the user that it had received the subpoena and if the user did not object or bring a motion to quash, Google would respond 20 days from the date of

the notification to the user. In this letter, Google also registered certain objections of its own to the subpoena.

4. Google further responded to the subpoena by letter dated April 27, 2012 and received May 1, 2012. With that letter certain internet protocol addresses were produced. Other documents responsive to the subpoena were not produced.

5. Bussey and Google then met and conferred regarding Google's response and for explanation of the materials that had been produced. This process included some lengthy delays on Google's part and was concluded near the end of June, 2012.

6. Bussey eventually identified Jason Page, of the United Kingdom, as the individual responsible for posting the defamatory content. Mr. Page was located in the United Kingdom.

7. Upon information and belief, Mr. Page was hired by someone, believed at this point to be a competitor, in the United States to post the defamatory statements about Bussey. Bussey is now attempting to ascertain and confirm the identity of those individuals by pursuing legal action against Mr. Page in the United Kingdom.

## II.     Current Status of Proceedings

8. Bussey's ability to move forward with this case has been impeded by its inability to confirm the identity of the individuals responsible for posting the defamatory material.

9. In an attempt to force Mr. Page to remove the defamatory material and identify the individuals responsible for the material, Bussey has filed suit in the United Kingdom (the "UK Litigation"). That suit is proceeding, but so far Mr. Page has been largely uncooperative. Mr. Page has not responded to discovery requests and has not complied with any of the deadlines set by the court.

10. The focus of the suit in the United Kingdom is to determine who paid Jason Page to post the statements, as Mr. Page has never had contact with Bussey before the events leading to this case.  Bussey is pursuing the identity of the individuals ultimately responsible for the postings in the UK Litigation and will name those individuals in this case, once Mr. Page has identified the responsible parties.

### III. Pending Motions

11. There are no pending Motions before the Court in this matter.

12. In the UK Litigation, Bussey is pursuing a "third party disclosure Order," the equivalent of an order compelling production in U.S. jurisdictions.  Bussey is also applying to "strike out Mr. Page's Defence," the equivalent of a default judgment in U.S. jurisdictions.

13. Both of Bussey's motions in the UK Litigation are targeted at obtaining actionable evidence for use in this matter.  Bussey maintains an active case in the UK.  It is anticipated that whether Mr. Page cooperates or not Bussey will be able to confirm the identity of those responsible through information being obtained through the litigation in the UK.

### IV. Settlement Prospects

14. Bussey is unable to comment on the prospects of settlement until the individuals responsible for the defamatory statements until he confirm the identity the parties who hired Mr. Page to place the defamatory comments.

### V. Other Issues

15. In light of the above, Bussey requests an additional 180 days within which to pursue litigation in the United Kingdom.

4

WHEREFORE Bussey respectfully requests the Court continue the case for 180 days at which time Bussey will file an additional status report or dismiss the case.

Respectfully submitted this 31st day of May, 2013.

                                        *s/Craig Schuenemann*  
                                      Craig Schuenemann  
                                      BRYAN CAVE HRO  
                                      1700 Lincoln Street, Suite 4100  
                                      Denver, Colorado  80203-4541  
                                      Phone: 303.866.0678  
                                      craig.schuenemann@bryancave.com  
                                      ATTORNEYS FOR THE BUSSEY LAW FIRM, P.C.