IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00614-RM-MJW

THE BUSSEY LAW FIRM, P.C., a Colorado Professional corporation,

Plaintiff(s),

v.

JOHN DOE, whose true name is unknown,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the plaintiff's Motion to Vacate Hearing (Docket No. 27) is granted, and the Show Cause Hearing set on January 15, 2015, at 2:30 p.m. is VACATED.

Date: December 19, 2014